IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: ) | |
| ) | |
| CHERI L. EDDINGS, ) | Case No.: 06-30463 |
| SSN: XXX-XX-5159, ) | |
| ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |

## NOTICE OF DEBTOR'S MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE AND CERTIFICATION OF ELIGIBILITY FOR DISCHARGE

Please be advised that the Debtor filed her Motion for Entry of Chapter 13 Discharge and Certification of Eligibility for Discharge with this Court on August 21, 2009. A copy of said motion is attached hereto.

Objections to said motion should be filed no later than 20 consecutive days from August 21, 2009, with the Clerk of the U.S. Bankruptcy Court, 750 Missouri Avenue, East St. Louis, Illinois 62201 and mailed to Law Offices of Mueller and Haller, L.L.C., Attorneys for Debtor, 5312 West Main Street, Belleville, Illinois 62226, and to Russell Simon, 33 Bronze Point, Suite 110, Swansea, Illinois 62226.

If no objections are filed within 20 consecutive days from August 21, 2009, said motion will be granted.

By: /s/ William A Mueller
William A. Mueller- #06187732
James J. Haller- #06226796
Attorneys for Debtor
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000

**NOTICE OF ELECTRONIC FILING AND**
**CERTIFICATE OF SERVICE BY MAIL**

| STATE OF ILLINOIS | ) | Case No.: 06-30463 |
|---|---|---|
|  | )    SS |  |
| CITY OF BELLEVILLE | ) | Chapter 13 |

Mary Hicks, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in Madison County, Illinois.

On August 21, 2009, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court the **Notice and Debtor's Motion for Entry of Chapter 13 Discharge and Certification of Eligibility for Discharge**.

The Deponent served electronically the **Notice and Debtor's Motion for Entry of Chapter 13 Discharge and Certification of Eligibility for Discharge** to the following parties:

U.S. Trustee

U.S. Bankruptcy Court

Russell Simon

and served by mail to the following parties:

| | | |
|---|---|---|
| Cheri L. Eddings<br>1301 Julie Ave<br>Cahokia, IL 62206 | Capital One Bank<br>c/o Tsys Debt Management<br>P.O. Box 5155<br>Norcross, GA<br>30091 | eCAST Settlement<br>Corporation<br>POB 35480<br>Newark NJ 07193-5480 |
| American Bottoms<br>P O Box 459<br>East St Louis, IL 62202-0459 | eCAST Settlement<br>Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Ford Motor Credit<br>PO Box 537901<br>Livonia, MI 48153-7901 |
| BANK OF AMERICA<br>PO BOX 26012<br>NC4-105-03-14<br>GREENSBORO, NC<br>27420 | Portfolio Recovery<br>Associates, LLC<br>PO Box 41067<br>Norfolk, VA<br>23541 | LVNV Funding LLC<br>Citibank, N.A.<br>Resurgent Capital<br>Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| B-Real, LLC<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA<br>98121 | Fingerhut Direct<br>Marketing, Inc. CIT Bank<br>6250 Ridgewood Road<br>Saint Cloud, MN<br>56303 | |

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Mary Hicks